UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  NO. 04 10299 PBS – 11

HOWARD GREENBERG

MOTION TO CONTINUE ARRAIGNMENT FOR HOWARD GREENBERG

The Court has set the date of November 1, 2004, for the arraignment of this defendant.

Counsel, Roger Witkin, Esq., is scheduled for hearings on a first degree murder case in Norfolk County, *Commonwealth v. Gregory Wall*, on that same date.

Wherefore the defendant moves for a change of date for the arraignment.

                                         */s/Roger Witkin*
                                         Roger Witkin
                                         6 Beacon Street,
                                         Suite 1010
                                         Boston, MA 02108
                                         Tel. 617 523 0027
                                         Fax 617 523 2024
                                         BBO No. 531780

DATED:  October 13, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                         NO. 04 10299 PBS - 11

HOWARD GREENBERG

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon AUSA Robert Peabody, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 by mail which was electronically filed this day.

                                             */s/ Roger Witkin*
                                             Roger Witkin
                                             6 Beacon Street, Suite l0l0
                                             Boston, MA 02l08
                                             Tel. 6l7 523 0027
                                             Fax 6l7 523 2024
                                             BBO No. 53l780

DATE:  October 13, 2004