%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                          4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__          **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. ___X___          Case No. __04-10299 PBS__
Same Defendant ___x___          New Defendant _____
Magistrate Judge Case Number __M 04-1732- CBS__
Search Warrant Case Number __04 M 1720- to 1730, 04-M 1738__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __RICARDO MANUEL ESTRADA__          Juvenile: ☐ Yes   X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:**   Eliot Weinstein, Esq.          Address __228 Lewis Wharf__

Bar Number _____                __617-367-9334__

## U.S. Attorney Information:

AUSA __Neil Gallagher__          Bar Number if applicable _____

**Interpreter:**   X Yes     No          List language and/or dialect:   __Spanish__

**Matter to be SEALED:**     Yes   X   No

Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date _____

X Already in Federal Custody as of _____          __Wyatt Detention, Central Falls, RI__
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X Felony ___2___

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__          Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _II_          **Investigating Agency** _DEA_

**City** _Lynn_                     **Related Case Information:**

**County** _Essex_          Superseding Ind./ Inf. _X_          Case No. _04-10299 PBS_
                            Same Defendant _____ New Defendant _____
                            Magistrate Judge Case Number _04-M-1685 CBS_
                            Search Warrant Case Number _04-M-1720-to-1730_
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _ANDRES MARTINEZ-ACEVEZ_          Juvenile:     ☐ Yes     X No

Alias Name _"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"_

Address _____

Birthdate: _____ SS # _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_ Sex: _MALE_ Race: _Hispanic_    Nationalit _Mexican_

**Defense Counsel if known:**     _John Cicilline, Esq._     Address _381 Atwells Ave., Providence, RI_

Bar Number _____

**U.S. Attorney Information:**

AUSA _Neil Gallagher_          Bar Number if applicable _____

**Interpreter:**     X Yes     No     List language and/or dialect:     _Spanish_

**Matter to be SEALED:**     Yes  X  No

          Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date _5/1/2004_

X  Already in Federal Custody as of _____ in _Wyatt Detention, Central Falls, RI_ .
☐  Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: ~~10/5/04~~ _3/23/05_     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**  II _____        **Investigating Agency**  DEA _____

**City**   Lynn _____                **Related Case Information:**

**County**   Essex _____        Superseding Ind./ Inf. __X_____     Case No.  04-10299 PBS
                                 Same Defendant ___x___          New Defendant _____
                                 Magistrate Judge Case Number     04-M-1685 CBS
                                 Search Warrant Case Number    04-M-1720 to 1730
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JOSE ROSALES _____        Juvenile:      ☐ Yes    X No

Alias Name    TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address    88 NEWARK ST. LYNN MA

Birthdate: _5/10/76_   SS # _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_  Sex:  _MALE_  Race: _Hispanic_____  Nationalit _Mexican_

**Defense Counsel if known:**        Raymond A. O'Hara, Esq.      Address  1 Exchange Place., Worcester, MA

Bar Number   _____                             _____

**U.S. Attorney Information:**

AUSA  _____                    Bar Number if applicable   _____

**Interpreter:**      X  Yes      No      List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes   X   No

          Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date      5/1/04

X  Already in Federal Custody as of _____  in   Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**        ☐ Petty ——        ☐ Misdemeanor ——        X☐ Felony —— 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05 _____        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

7

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    **Category No.**  II    **Investigating Agency**  DEA

**City**  Lynn

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf.    X    Case No.  04-10299 PBS
Same Defendant    x    New Defendant
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    VALENTIN MARTINEZ    Juvenile:    ☐ Yes    X No

Alias Name    VALENTIN RIVERA AKA V AKA VALE

Address    108 JOHNSON STREET, LYNN, MA

Birthdate:  12/20/69    SS #  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    Sex:  MALE    Race:  Hispanic    Nationalit  Mexican

**Defense Counsel if known:**    Ronald Ian Segal, Esq.    Address  23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher    Bar Number if applicable

**Interpreter:**    X Yes    X No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes    X    No

Warrant Requested    ☐ Regular Process    x In Custody

**Location Status:**

Arrest Date    5/1/04

x  Already in Federal Custody as of    in    Wyatt Detention, Central Falls, RI    .
☐  Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:    on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X☐ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    3/23/05    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__          Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                **Related Case Information:**

County    __Essex__              Superseding Ind./ Inf. __X__          Case No.    __04-10299-PBS__
                                 Same Defendant __x__          New Defendant _____
                                 Magistrate Judge Case Number    __04-m-1685-CBS__
                                 Search Warrant Case Number    __04-m-1720 to 1730__
                                 R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  __MANUEL GERMOSEN__              Juvenile    ☐ Yes    ☒ No

Alias Name    __Kelvin Madera, Manolo__

Address    _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race:  __Hispanic__   Nationality: __Dom Rep__

**Defense Counsel if known:**    __Steven Judge__          Address: __23 Central Ave., #605__
                                                          __Lynn, MA 01902__
**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                Bar Number if applicable    _____

Interpreter:    ☒ Yes ☐ No        List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☐ Yes ☒ No

    ☐ Warrant Requested        ☐ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  __May 1, 2005__        in   __Plymouth County__                .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant** __MANUEL GERMOSEN__ _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 **Category No.** II              **Investigating Agency** DEA

**City**  Lynn                         **Related Case Information:**

**County**  Essex                      Superseding Ind./ Inf.  X              Case No.  04-10299 PBS
                                       Same Defendant   X            New Defendant
                                       Magistrate Judge Case Number    04-M-1685 CBS
                                       Search Warrant Case Number     04-M-1720 to 1730
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN                        Juvenile:        ☐ Yes    X No

Alias Name

Address   10 ROOSEVELT ST METHUEN MA

Birthdate:  1/17/76     SS #  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  Sex:  MALE  Race:  Arabic           Nationalit  Palestinian

**Defense Counsel if known:**      Melvin Norris, Esq.          Address  260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA  Neil Gallagher                          Bar Number if applicable

**Interpreter:**      ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X    No

       Warrant Requested         ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date        5/1/04

X Already in Federal Custody as of                         in    Wyatt Detention, Central Falls, RI    .
☐ Already in State Custody at                 ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                      on

**Charging Document:**       Complaint       ☐ Information        X Indictment

**Total # of Counts:**      ☐ Petty           ☐ Misdemeanor            ☐ X Felony    4

Continue on Page 2 for Entry of U.S.C. Citations

    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   3/23/05              Signature of AUSA:   ~~~~~~

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

Place of Offense:  MA _____  Category No. _____  **Investigating Agency**  DEA/MSP _____

City  Lynn/Peabody _____  **Related Case Information:**

County  Essex _____  Superseding Ind./ Inf.  X _____  Case No.  04-10299-PBS
Same Defendant  x _____  New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  RICARDO MARTINEZ _____  Juvenile  ☐ Yes  ☒ No

Alias Name  Chorizo, Chon _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race:  Hispanic _____ Nationality:  Dom Rep _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher _____  **Bar Number if applicable** _____

Interpreter:  ☒ Yes ☐ No    List language and/or dialect:  **Spanish** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                Category No. _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__                **Related Case Information:**

**County** __Essex__                 Superseding Ind./ Inf.   __X__           Case No.   __04-10299-PBS__
                                     Same Defendant     __x__            New Defendant _____
                                     Magistrate Judge Case Number      __04-m-1685-CBS__
                                     Search Warrant Case Number      __04-m-1720 to 1730__
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __HOWARD GREENBERG__                Juvenile     ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race:  __Caucasian__    Nationality: __US__

**Defense Counsel if known:**    __Roger Witkin__              **Address:**  __6 Beacon Street, Ste 1010__
                                                                  __Boston, MA 02108__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__                    **Bar Number if applicable** _____

**Interpreter:**     ☐ Yes ☐ No          **List language and/or dialect:**      __Spanish__

**Matter to be SEALED:**     ☐ Yes    ☒ No

       ☐ **Warrant Requested**            ☐ **Regular Process**             ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  in  _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   Ordered by __MJ Swartwood__     on   __May 2004__

**Charging Document:**      ☐ Complaint       ☐ Information       ☒ Indictment

**Total # of Counts:**      ☐ Petty _____    ☐ Misdemeanor _____   ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date: _3/23/c5_         Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **HOWARD GREENBERG** _____

**U.S.C. Citations**

|  | <u>**Index Key/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No.              Investigating Agency  DEA/MSP

City   Lynn/Peabody                  **Related Case Information:**

County   Essex                       Superseding Ind./ Inf.   X               Case No.   04-10299-PBS
                                     Same Defendant    x            New Defendant
                                     Magistrate Judge Case Number    04-m-1685-CBS
                                     Search Warrant Case Number    04-m-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name  EDGAR HOFFENS                    Juvenile    ☐ Yes    ☒ No

Alias Name   Carlos Colon Rivera, Tigueron

Address

Birth date (Year only):        SSN (last 4 #):        Sex  M  Race:   Caucasian    Nationality:  US

**Defense Counsel if known:**   John Wall            **Address:**  1 Commercial Wharf West
                                                                   Boston, MA 02110
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                            Bar Number if applicable

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:     Spanish

Matter to be SEALED:    ☐ Yes    ☒ No

        ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as                    in                              .
☐ Already in State Custody                  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by                    on

**Charging Document:**       ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**       ☐ Petty              ☐ Misdemeanor          ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 3/23/05        **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>EDGAR HOFFENS</u>

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II              **Investigating Agency**   DEA

**City**   Lynn                         **Related Case Information:**

**County**   Essex                      Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                        Same Defendant    X              New Defendant
                                        Magistrate Judge Case Number      04-M-1685 CBS
                                        Search Warrant Case Number      04-M-1720 to 1730
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROGELIO GARCIA                    Juvenile:      ☐ Yes    X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80    SS # 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  Sex:  MALE  Race:  Hispanic          Nationalit  USA

**Defense Counsel if known:**      James H. Budreau, Esq.        Address  20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                         Bar Number if applicable

**Interpreter:**       ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X      No

        Warrant Requested         X☐  Regular Process          In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of                    in                              .
☐  Already in State Custody at                 ☐ Serving Sentence       ☐ Awaiting Trial
X  On Pretrial Release:  Ordered by:  Mag. Judge Swartwood      on

**Charging Document:**       Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          ☐ X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   3/23/05                Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

🖎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                  **U.S. District Court - District of Massachusetts**

Place of Offense:   MA                  Category No. _____          Investigating Agency   DEA/MSP

City   Lynn/Peabody_____          **Related Case Information:**

County   Essex_____          Superseding Ind./ Inf.   X_____          Case No.   04-10299-PBS
                                  Same Defendant   x_____      New Defendant
                                  Magistrate Judge Case Number   04-m-1685-CBS_____
                                  Search Warrant Case Number   04-m-1720 to 1730_____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO_____          Juvenile   ☐ Yes   ☒ No

Alias Name   Ramon Acosta, the Singer_____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Hispanic_____  Nationality: _____

**Defense Counsel if known:**   **Ray Buso**_____          **Address:  15 Church Street**
                                                                  **Salem, MA 01970**

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____          Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:   Spanish_____

Matter to be SEALED:   ☐ Yes   ☒ No

          ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____  .
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____