JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JAVIER ANGEL ROMERO _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA _____    **Category No.** _____    **Investigating Agency** DEA/MSP _____

**City** Lynn/Peabody _____    **Related Case Information:**

**County** Essex _____

Superseding Ind./ Inf. ___X___      Case No.   04-10299-PBS
Same Defendant ___x___      New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN _____    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race:   Hispanic _____ Nationality: Dom. Rep. _____

**Defense Counsel if known:**   **Michael Hickey** _____    **Address:** **15 Church Street**
**Salem, MA 01970**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher _____    **Bar Number if applicable** _____

Interpreter:   ☒ Yes ☐ No    List language and/or dialect:   Spanish _____

Matter to be SEALED:   ☐ Yes ☒ No

    ☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05       Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):**  _____

**Name of Defendant**    <u>**CHRISTIAN GERMOSEN**</u>

## U.S.C. Citations

| <u>**Index Key/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA_____     **Category No.** _____     **Investigating Agency** __DEA/MSP_____

**City** __Lynn/Peabody_____     **Related Case Information:**

**County** ___Essex_____

| | |
|---|---|
| Superseding Ind./ Inf. __X_____ | Case No. ___04-10299-PBS__ |
| Same Defendant __x_____ | New Defendant _____ |
| Magistrate Judge Case Number | __04-m-1685-CBS_____ |
| Search Warrant Case Number | __04-m-1720 to 1730_____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name __JUAN MARTINEZ_____     Juvenile    ☐ Yes    ☒ No

Alias Name __Juan Eustate_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____     **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No     **List language and/or dialect:** __Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** __FUGITIVE_____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** _____ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    **JUAN MARTINEZ** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__          **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__          **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf.  __X__          Case No. __04-10299-PBS__
                              Same Defendant __x__          New Defendant _____
                              Magistrate Judge Case Number __04-m-1685-CBS__
                              Search Warrant Case Number __04-m-1720 to 1730__
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __GERARDO VASSUER ORTIZ__          Juvenile ☐ Yes ☒ No

Alias Name  __Scarface__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

**Defense Counsel if known:**  __Richard Welsh__          **Address:** __80 Worchester St., Ste 5__
                                                                        __North Grafton MA, 01536__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__          **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No          **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☐ Yes ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    GERARDO VASSUER ORTIZ _____

<b>U.S.C. Citations</b>

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** ___MA___        **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__          **Related Case Information:**

**County** ___Essex___         Superseding Ind./ Inf.   __X__              Case No.   __04-10299-PBS__
                               Same Defendant   __x__            New Defendant _____
                               Magistrate Judge Case Number   __04-m-1685-CBS__
                               Search Warrant Case Number   __04-m-1720 to 1730__
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __PHIL ASARO__                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: _____

**Defense Counsel if known:**   **Kirk Griffin**          **Address:** **50 Standford Street**
                                                                      **Boston, MA 02114**
**Bar Number:**          _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__                    **Bar Number if applicable** _____

**Interpreter:**   ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   **Ordered by** __MJ Swartwood__   **on**   __May 2004__

**Charging Document:**   ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** __3/23/05__        **Signature of AUSA:** _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **PHIL ASARO** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn/Peabody_____    **Related Case Information:**

**County** __Essex_____    Superseding Ind./ Inf. ___X_____    Case No. ____04-10299-PBS____
    Same Defendant ____x_____    New Defendant _____
    Magistrate Judge Case Number ___04-m-1685-CBS___
    Search Warrant Case Number ___04-m-1720 to 1730___
    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __SILVESTRE LIZARDI_____    Juvenile ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic____ Nationality: _____

**Defense Counsel if known:    Michael Sneider**_____    **Address: 95 Commercial Wharf**_____
                                        **Boston, MA 2110**_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish_____

Matter to be SEALED: ☐ Yes ☒ No

    ☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _MJ Swartwood_____ on _May 2004___

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:** _3/23/05_____    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>SILVESTRE LIZARDI</u> _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City**    Lynn        **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
Same Defendant __x__     New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBERT V. RUSCIO__     Juvenile:    ☐ Yes    X No

Alias Name _____

Address __286 NEWBURY ST., PEABODY, MA__

Birthdate: __7/15/51__   SS # __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__ Sex: __MALE__ Race: __White__   Nationalit __USA__

**Defense Counsel if known:**    Edward L. Hayden, Esq.    Address __7 Franklin St., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__     Bar Number if applicable _____

**Interpreter:**    ☐ Yes   X No     List language and/or dialect: _____

**Matter to be SEALED:**     Yes   X    No

\ Warrant Requested     X☐ Regular Process     In Custody

**Location Status:**

Arrest Date _____

Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __Mag. Judge Swartwood__ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X☐ Felony ——2——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__     Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__          **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__              **Related Case Information:**

**County**    __Essex__                Superseding Ind./ Inf.   __X__             Case No.    __04-10299-PBS__
                                       Same Defendant      __x__         New Defendant
                                       Magistrate Judge Case Number    __04-m-1685-CBS__
                                       Search Warrant Case Number    __04-m-1720 to 1730__
                                       R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  __GIOVANI AVILA__                     Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race:  __Hispanic__  Nationality: _____

**Defense Counsel if known:**    __Michael Natola__          **Address:** __240 Commerical Street, Ste 2B__
                                                                          __Boston, MA 02109__
**Bar Number:**    _____

**U.S. Attorney Information:**

**AUSA**  __Neil Gallagher__                **Bar Number if applicable**    _____

**Interpreter:**    ☐ Yes ☒ No          List language and/or dialect:    _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

       ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**    _____

☐ **Already in Federal Custody as**  _____  in  _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by __MJ Swartwood__    on    __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** __3/23/05__          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>GIOVANI AVILA</u>

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** _MA_____    **Category No.** _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn/Peabody_____    **Related Case Information:**

**County** _Essex_____    Superseding Ind./ Inf. __X_____    Case No. __04-10299-PBS__
                                 Same Defendant __x____    New Defendant _____
                                 Magistrate Judge Case Number __04-m-1685-CBS___
                                 Search Warrant Case Number __04-m-1720 to 1730__
                                 R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __GILBERTO ZAYAS_____    Juvenile    ☐ Yes    ☒ No

Alias Name __Cumbia King, Tony_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic___ Nationality: _____

**Defense Counsel if known:**  _Raymond E. Gillespie_____    **Address:** _875 Massachusetts Ave, Ste 32_
                                                                        _Cambridge, MA 02139_

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    List language and/or dialect: __Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by _MJ Swartwood_____ on _May 2004____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1 count___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_____    **Signature of AUSA:** _____