# MEMORANDUM

**DATE:** _3-23-05_

**TO:**   Courtroom Clerk for Judge _Saris_

and Magistrate Judge _Swartwood_

**FROM:**   Catherine M. Gawlik, Customer Services Supervisor

**SUBJECT:**   Assignment of New Indictment/Information  (Superseding if checked _✓_ )

Please be advised that the following indictment/information returned or filed on _3-23-05_ has been assigned/referred to you.

Criminal No. _04-10299-PBS_   U.S.A. v. _Maria Escobar, et al_

_✓_   This **INDICTMENT/INFORMATION is SEALED.**  The original file and copies will be maintained under seal until requested or retrieved.

_____   This INDICTMENT/INFORMATION is not sealed.  The original file will be forwarded to _____ upon completion of case opening.  A copy of the indictment/information is attached for your information.

**N.B.**   1.   Please check defendant order if this case is superseding.  The defendant order does not, and WILL NOT, be changed from that in the original case.

**COPY FOR:**

☐   CASE OPENING CLERK                          ☐   PROMIS

☐   DISTRICT JUDGE COURTROOM CLERK    ☐   PRETRIAL SERVICES

☐   MAG. JUDGE COURTROOM CLERK         ☐   COUNTER/PRESS FOLDER

☐   ASSISTANT U.S. ATTORNEY

(Indictment Memo.wpd - 2/99)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

*U S.*

v.

*Maria Escobar, et al*

Check if previously referred

CA/CR No. _04-10299-PBS_

Criminal Category _II_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Swartwood_ for the following proceedings:

(A)  Referred for full pretrial case management, including all dispositive motions.

(B)  Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)  Referred for discovery purposes only.

(D)  Referred for Report and Recommendation on:

  (  ) Motion(s) for injunctive relief
  (  ) Motion(s) for judgment on the pleadings
  (  ) Motion(s) for summary judgment
  (  ) Motion(s) to permit maintenance of a class action
  (  ) Motion(s) to suppress evidence
  (  ) Motion(s) to dismiss
  (  ) Post Conviction Proceedings[1]
  See Documents Numbered: _____

(E)  Case referred for events only.  See Doc. No(s). _____

(F)  Case referred for settlement.

(G)  Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
  (  ) In accordance with Rule 53, F.R.Civ.P.
  (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)  Special Instructions: _____

_____

_____     By:    _____
Date                                        Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

_____

See reverse side of order for instructions

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10299-PBS |
| | ) | |
| | ) | VIOLATIONS: |
| 1. MARIA ESCOBAR, | ) | |
| a/k/a Luz Luciano, | ) | 21 U.S.C. §§ 846, 841(a)(1), |
| a/k/a "Chila," | ) | and 841(b)(1)(A)(ii) - |
| a/k/a "China," | ) | Conspiracy to Distribute |
| a/k/a "Chinita," | ) | Five Kilograms or More of |
| 2. DANIEL AGUILAR-PASOLES, | ) | Cocaine |
| a.k.a "Lik," | ) | |
| 3. ROBERTO SOLORIO, | ) | 21 U.S.C. § 856 -Maintaining |
| a/k/a "Primo," | ) | a Place for the Purpose of |
| 4. RICARDO MANUEL ESTRADA, | ) | Drug Distribution |
| 5. ANDRES MARTINEZ-ACEVEZ, | ) | |
| a/k/a Samuel Linares, | ) | 21 U.S.C. §§ 841(a)(1) and |
| a/k/a Castro Casimiro, | ) | 841(b)(1)(C) - Distribution |
| a/k/a Joel Zequeira, | ) | of Cocaine |
| a/k/a "Zequeira," | ) | |
| a/k/a "El Viejo," | ) | 21 U.S.C. §§ 846,841(a)(1) |
| 6. JOSE ROSALES, | ) | and 841(b)(1)(A)(ii) - |
| a/k/a Tony, | ) | Distribution of Five |
| a/k/a Toño, | ) | Kilograms or More of Cocaine |
| a/k/a Joel Agostini, | ) | |
| 7. VALENTIN MARTINEZ, | ) | 18 U.S.C. § 924(c)(1)(A) - |
| a/k/a Valentin RIVERA, | ) | Possession of a Firearm in |
| a/k/a "V," | ) | Furtherance of a Drug |
| a/k/a "Vale," | ) | Trafficking Crime |
| 8. MANUEL GERMOSEN, | ) | |
| a/k/a Kelvin Madera, | ) | 21 U.S.C. §§ 841(a)(1) and |
| a/k/a "Manolo," | ) | 841(b)(1)(A)(ii) - |
| 9. ABDALLAH HAMDAN, | ) | Possession With The Intent |
| 10. RICARDO MARTINEZ, | ) | to Distribute Five Kilograms |
| a/k/a "Chorizo," | ) | or More of Cocaine |
| a/k/a "Chori," | ) | |
| 11. HOWARD GREENBERG, | ) | 18 U.S.C. § 2 - Aiding and |
| 12. EDGAR HOFFENS, | ) | Abetting |
| a/k/a Carlos Colon Rivera, | ) | |
| a/k/a "Tigueron," | ) | 21 U.S.C. § 853 - Criminal |
| 13. ROGELIO GARCIA, | ) | Forfeiture Allegation |
| a/k/a "Lacuilla," | ) | |
| a/k/a "Lacuiji," | ) | |
| a/k/a "el Jarocho," | ) | |
| a/k/a "la Coladera, | ) | |

2

```
    a/k/a "la Lagartija,"        )
14. JAVIER ANGEL ROMERO,          )
    a/k/a Ramon Acosta,          )
    a/k/a "the Singer"           )
15. CHRISTIAN GERMOSEN,           )
16. JUAN MARTINEZ,                )
    a/k/a Juan Eustate,          )
    a/k/a "Chon,"                )
17. GERARDO VASSEUR ORTIZ,        )
    a/k/a "Scarface,"            )
18. PHILLIP ASARO,                )
19. SILVESTRE LIZARDI,            )
20. ROBERT V. RUSCIO,             )
21. GIOVANNI AVILA,               )
    a/k/a "Gio,"                 )
    a/k/a "the Painter,"         )
22. GILBERTO ZAYAS,               )
    a/k/a "Cumbia King"          )
    a/k/a "Tony,"                )
23. LUIS E. DEJESUS,              )
    a/k/a "Edgardo,"             )
24. BENITO GRULLON,               )
    a/k/a "Quico,"               )
25. MARTIN CERNA-GARCIA,          )
    a/k/a "Willy,"               )
    a/k/a "Nephew"               )
26. ROBINSON RUIZ,                )
    a/k/a "Metresa"              )
27. CARLOS RAFAEL ROJAS,          )
    a/k/a "Chelo,"               )
    a/k/a "Ramon"                )
28. CARLOS ORLANDO                )
    ARGUETA-MACARIO,             )
    a/k/a "Chapparo,"            )
29. WILLIAM R. HOLMES             )
    a/k/a "Billy," and           )
30. GENE A. ANDERSON              )
```

          Defendants.


          SECOND SUPERSEDING INDICTMENT

3

**COUNT ONE:   (21 United States Code Section 846 - Conspiracy to Distribute Five Kilograms or More of Cocaine)**

The Grand Jury charges that:

From an unknown date but at least by in or about January 2001 and continuing until on or about May 1, 2004 at Lynn, Danvers, Peabody, Salem, and elsewhere in the District of Massachusetts, at the Bronx and Manhattan in the Southern District of New York, at Mexico, and elsewhere,

**1. MARIA ESCOBAR,**
**a/k/a Luz Luciano,**
**a/k/a "Chila,"**
**a/k/a "China,"**
**a/k/a "Chinita,"**
**2. DANIEL AGUILAR-PASOLES,**
**a.k.a "Lik,"**
**3. ROBERTO SOLORIO,**
**a/k/a "Primo,"**
**4. RICARDO MANUEL ESTRADA,**
**5. ANDRES MARTINEZ-ACEVEZ,**
**a/k/a Samuel Linares,**
**a/k/a Castro Casimiro,**
**a/k/a Joel Zequeira,**
**a/k/a "Zequeira,"**
**a/k/a "El Viejo,"**
**6. JOSE ROSALES,**
**a/k/a Tony,**
**a/k/a Toño,**
**a/k/a Joel Agostini,**
**7. VALENTIN MARTINEZ,**
**a/k/a Valentin RIVERA,**
**a/k/a "V,"**
**a/k/a "Vale,"**
**8. MANUEL GERMOSEN,**
**a/k/a Kelvin Madera,**
**a/k/a "Manolo,"**
**9. ABDALLAH HAMDAN,**
**10. RICARDO MARTINEZ,**

4

a/k/a "Chorizo,"
a/k/a "Chori,"
11. HOWARD GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a "Tigueron,"
13. ROGELIO GARCIA,
a/k/a "Lacuilla,"
a/k/a "Lacuiji,"
a/k/a "el Jarocho"
a/k/a "la Coladera"
a/k/a "la Lagartija"
14. JAVIER ANGEL ROMERO,
a/k/a Ramon Acosta,
a/k/a "the Singer"
15. CHRISTIAN GERMOSEN,
16. JUAN MARTINEZ,
a/k/a Juan Eustate,
a/k/a "Chon,"
17. GERARDO VASSEUR ORTIZ,
a/k/a "Scarface,"
18. PHILLIP ASARO,
19. SILVESTRE LIZARDI,
20. ROBERT V. RUSCIO,
21. GIOVANNI AVILA,
a/k/a "Gio,"
a/k/a "the Painter,"
22. GILBERTO ZAYAS,
a/k/a "Cumbia King"
a/k/a "Tony,"
23. LUIS E. DEJESUS,
a/k/a "Edgardo,"
24. BENITO GRULLON,
a/k/a "Quico,"
25. MARTIN CERNA-GARCIA,
a/k/a "Willy,"
a/k/a "Nephew"
26. ROBINSON RUIZ,
a/k/a "Metresa"
27. CARLOS RAFAEL ROJAS,
a/k/a "Chelo,"
a/k/a "Ramon,"
28. CARLOS ORLANDO
ARGUETA-MACARIO,
a/k/a "Chapparo,"

**29. WILLIAM R. HOLMES**
**a/k/a "Billy," and**
**30. GENE A. ANDERSON**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Sections 846.

6

**COUNT TWO:        (Title 21, United States Code, Section 856(a)(1) –
Maintaining a Place for Drug Purposes; Title 18,
United States Code, Section 2 – Aiding and
Abetting)**

From in or about December 2001 continuing until on or

about May 1, 2004, at Salem, and elsewhere in the District of

Massachusetts,

**20. ROBERT V. RUSCIO,**

defendant herein, did knowingly and intentionally open, lease,

rent, use, and maintain a place, to wit; 62 Rear Jefferson

Avenue, Salem, MA, for the purpose of manufacturing,

distributing, and using a controlled substance.

All in violation of Title 21, United States Code, Section

856(a)(1) and Title 18, United States Code, Section 2.

7

**COUNT THREE:** **(Title 21, United States Code, Section 841(a)(1) -**
**Distribution of Cocaine; Title 18, United States**
**Code, Section 2 - Aiding and Abetting)**

On or about April 30, 2003, at Saugus, and elsewhere in the

District of Massachusetts,

**6. JOSE ROSALES,**
**a/k/a Tony,**
**a/k/a Toño,**
**a/k/a Joel Agostini,**
**a/k/a Jose Abreu, and**
**9. ABDALLAH HAMDAN,**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of cocaine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

8

**COUNT FOUR:**     **(Title 21, United States Code, Section 841(a)(1) –**
              **Distribution of Cocaine; Title 18, United States**
              **Code, Section 2 - Aiding and Abetting)**

On or about May 6, 2003, at Saugus, and elsewhere in the

District of Massachusetts,

**6. JOSE ROSALES,**
**a/k/a Tony,**
**a/k/a Toño,**
**a/k/a Joel Agostini,**
**a/k/a Jose Abreu, and**
**9. ABDALLAH HAMDAN,**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of cocaine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

9

**COUNT FIVE:**    **(Title 21, United States Code, Section 841(a)(1) -
Distribution of Cocaine; Title 18, United States
Code, Section 2 - Aiding and Abetting)**

On or about July 23, 2003, at Saugus, and elsewhere in the
District of Massachusetts,

> **6. JOSE ROSALES,**
> **a/k/a Tony,**
> **a/k/a Toño,**
> **a/k/a Joel Agostini,**
> **a/k/a Jose Abreu, and**
> **9. ABDALLAH HAMDAN,**

defendants herein, did knowingly and intentionally distribute and
cause the distribution of cocaine, a Schedule II controlled
substance.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

10

**COUNT SIX:** (Title 21, United States Code, Section 841(a)(1) -
Distribution of Five Kilograms or More of Cocaine;
Title 18, United States Code, Section 2 - Aiding
and Abetting)

On or about July 26, 2003 at Salem, Peabody, Medford, and
elsewhere in the District of Massachusetts,

**7.  VALENTIN MARTINEZ,**
**a/k/a Valentin RIVERA,**
**a/k/a "V,"**
**a/k/a "Vale,"**
**13.  ROGELIO GARCIA,**
**a/k/a "Lacuilla,"**
**a/k/a "Lacuiji,"**
**a/k/a "el Jarocho,"**
**a/k/a "la Coladera,"**
**a/k/a "la Lagartija," and**
**27.  CARLOS RAFAEL ROJAS,**
**a/k/a "Chelo,"**
**a/k/a "Ramon,"**

defendants herein, did knowingly and intentionally distribute and
cause the distribution of cocaine, a Schedule II controlled
substance.

It is further alleged that this offense involved at least
five kilograms of a mixture and substance containing a detectable
amount of cocaine, a Schedule II controlled substance.
Accordingly, Title 21, United States Code, Section
841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

11

**COUNT SEVEN:** **(Title 18, United States Code, Section 924(c) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about July 26, 2003 at Salem, Peabody, Medford, and elsewhere in the District of Massachusetts,

> **7. VALENTIN MARTINEZ,**
> **a/k/a Valentin RIVERA,**
> **a/k/a "V,"**
> **a/k/a "Vale," and**
> **27. CARLOS RAFAEL ROJAS,**
> **a/k/a "Chelo,"**
> **a/k/a "Ramon,"**

defendants herein, did knowingly and intentionally possess a firearm, to wit: an Uzi 9mm firearm, bearing serial number SZ28382, in furtherance of a drug trafficking crime, namely, distribution of cocaine, as alleged in Count Six of the Second Superseding Indictment charged herein.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

12

**COUNT EIGHT:**    **(Title 21, United States Code, Section 841(a)(1) – Distribution of Cocaine; Title 18, United States Code, Section 2 – Aiding and Abetting)**

On or about July 30, 2003, at Lynn, and elsewhere in the District of Massachusetts,

**24. BENITO GRULLON,
a/k/a "Quico,"**

defendant herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

13

COUNT NINE:    (Title 21, United States Code, Section 841(a)(1) -
               Possession With the Intent to Distribute Five
               Kilograms or More of Cocaine; Title 18, United
               States Code, Section 2 - Aiding and Abetting)

On or about May 1, 2004, at Peabody, Danvers, and

elsewhere in the District of Massachusetts, and elsewhere,

                    1. MARIA ESCOBAR,
                    a/k/a Luz Luciano,
                      a/k/a "Chila,"
                      a/k/a "China,"
                    a/k/a "Chinita,"
                2. DANIEL AGUILAR-PASOLES,
                       a.k.a "Lik,"
                   3. ROBERTO SOLORIO,
                      a/k/a "Primo,"
               4. RICARDO MANUEL ESTRADA,
               5. ANDRES MARTINEZ-ACEVEZ,
                  a/k/a Samuel Linares,
                  a/k/a Castro Casimiro,
                  a/k/a Joel Zequeira,
                    a/k/a "Zequeira,"
                    a/k/a "El Viejo,"

defendants herein, did knowingly and intentionally possess

with the intent to distribute cocaine, a Schedule II

controlled substance.

It is further alleged that this offense involved at least

five kilograms of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled

substance. Accordingly, Title 21, United States Code, Section

841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

14

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the

offenses alleged in Counts One through Nine of this

Second Superseding Indictment,

1. MARIA ESCOBAR,<br>
a/k/a Luz Luciano,<br>
a/k/a "Chila,"<br>
a/k/a "China,"<br>
a/k/a "Chinita,"<br>
2. DANIEL AGUILAR-PASOLES,<br>
a.k.a "Lik,"<br>
3. ROBERTO SOLORIO,<br>
a/k/a "Primo,"<br>
4. RICARDO MANUEL ESTRADA,<br>
5. ANDRES MARTINEZ-ACEVEZ,<br>
a/k/a Samuel Linares,<br>
a/k/a Castro Casimiro,<br>
a/k/a Joel Zequeira,<br>
a/k/a "Zequeira,"<br>
a/k/a "El Viejo,"<br>
6. JOSE ROSALES,<br>
a/k/a Tony,<br>
a/k/a Toño,<br>
a/k/a Joel Agostini,<br>
7. VALENTIN MARTINEZ,<br>
a/k/a Valentin RIVERA,<br>
a/k/a "V,"<br>
a/k/a "Vale,"<br>
8. MANUEL GERMOSEN,<br>
a/k/a Kelvin Madera,<br>
a/k/a "Manolo,"<br>
9. ABDALLAH HAMDAN,<br>
10. RICARDO MARTINEZ,<br>
a/k/a "Chorizo,"<br>
a/k/a "Chori,"<br>
11. HOWARD GREENBERG,<br>
12. EDGAR HOFFENS,<br>
a/k/a Carlos Colon Rivera,<br>
a/k/a "Tigueron,"

15

13. ROGELIO GARCIA,
   a/k/a "Lacuilla,"
   a/k/a "Lacuiji,"
  a/k/a "el Jarocho"
  a/k/a "la Coladera"
  a/k/a "la Lagartija"
14. JAVIER ANGEL ROMERO,
   a/k/a Ramon Acosta,
   a/k/a "the Singer"
 15. CHRISTIAN GERMOSEN,
   16. JUAN MARTINEZ,
   a/k/a Juan Eustate,
     a/k/a "Chon,"
17. GERARDO VASSEUR ORTIZ,
   a/k/a "Scarface,"
   18. PHILLIP ASARO,
  19. SILVESTRE LIZARDI,
  20. ROBERT V. RUSCIO,
   21. GIOVANNI AVILA,
     a/k/a "Gio,"
  a/k/a "the Painter,"
   22. GILBERTO ZAYAS,
  a/k/a "Cumbia King"
     a/k/a "Tony,"
   23. LUIS E. DEJESUS,
   a/k/a "Edgardo,"
   24. BENITO GRULLON,
   a/k/a "Quico,"
 25. MARTIN CERNA-GARCIA,
     a/k/a "Willy,"
     a/k/a "Nephew"
   26. ROBINSON RUIZ,
   a/k/a "Metresa"
 27. CARLOS RAFAEL ROJAS,
   a/k/a "Chelo,"
   a/k/a "Ramon,"
   28. CARLOS ORLANDO
     ARGUETA-MACARIO,
   a/k/a "Chapparo,"
  29. WILLIAM R. HOLMES
   a/k/a "Billy," and
   30. GENE A. ANDERSON

defendants herein, shall forfeit to the United States, pursuant

16

to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense, including, but not limited to, the following:

- (a) $1,150.00 in United States currency, seized from Giovanni Enrique Avila on or about May 1, 2004;

- (b) $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, Massachusetts, on or about May 1, 2004;

- (c) a 2000 Freightliner Tractor Classic XL, Vehicle Identification No. 1FUPCSEB9YDB42682, and California License No. UP20575, registered in the name of Ricardo Estrada;

- (d) $21,042.00 in U.S. Currency, seized from 29 Hardy Avenue, Newburyport, Massachusetts, on or about May 1, 2004;

- (e) $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

- (f) the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

- (g) $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

- (h) $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004;

- (i) $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004;

17

2. If any of the above-described forfeitable properties, as
a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) have been transferred or sold to, or deposited with, a
    third party;

(c) have been placed beyond the jurisdiction of the Court;

(d) have been substantially diminished in value; or

(e) have been commingled with other property which cannot be
    subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§853(p), to seek forfeiture of any other property of said

defendants up to the value of the above forfeitable properties,

including, but not limited to, the following:

> (1) the real property located at 88 Windsor Avenue,
>     Swampscott, Massachusetts, including all buildings,
>     appurtenances, and improvements thereon, with a
>     Deed recorded at Book 23089, Page 204, of the
>     Southern Essex County Registry of Deeds and Land
>     Court Certificate No. 77407; and
>
> (2) the real property located at 7A Buffum Street,
>     Salem, Massachusetts, including all buildings,
>     appurtenances, and improvements thereon, with a
>     Deed recorded at Book 23089, Page 215, of the
>     Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

18

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NEIL J. GALLAGHER
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 23, 2005

Returned into the District Court by the Grand Jurors and

filed.

_____
DEPUTY CLERK

11 30 4pm

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                  **Category No.**  II _____       **Investigating Agency**  DEA _____

**City**   Lynn _____              **Related Case Information:**

**County**   Essex _____           Superseding Ind./ Inf.   X _____       Case No.   04-10299 PBS
                                      Same Defendant    x _____       New Defendant _____
                                      Magistrate Judge Case Number    M 04-1732-CBS
                                      Search Warrant Case Number    04-M-1720-1730
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MARIA ESCOBAR _____       Juvenile:       ☐ Yes    X No

Alias Name   "Luz Luciano"; "Chila"; "China"; "Chinita" _____

Address _____

Birthdate: _____  SS # _____  Sex:  FEM   Race:  Hispanic _____  Nationalit  Guatemala

**Defense Counsel if known:**   Michael Bourbeau, Esq. _____   Address  77 Central Street, Boston, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher _____       Bar Number if applicable _____

**Interpreter:**   X Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X    No

        Warrant Requested            x Regular Process            In Custody

**Location Status:**

Arrest Date   5/01/04 _____

    ☐ Already in Federal Custody as of _____ in _____ .
    ☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
    X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05 _____       Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    MARIA ESCOBAR a/k/a "Luz Luciano"; "Chila"; "China"; "Chinita"

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

2.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 **Category No.** II          **Investigating Agency**  DEA

**City**  Lynn                         **Related Case Information:**

**County**  Essex                      Superseding Ind./ Inf.    X                Case No.  04-10299 PBS
                                       Same Defendant    x                 New Defendant _____
                                       Magistrate Judge Case Number    04-1732-CBS
                                       Search Warrant Case Number    04-M-1720-1730
                                       R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  DANIEL AGUILAR-PASOLES          Juvenile:      ☐ Yes    X No

**Alias Name**  "LIK"

**Address** _____

**Birthdate:** _____ SS # _____  Sex:  MALE  Race: Hispanic       Nationalit  Mexican

**Defense Counsel if known:**      Benjamin Entine, Esq.        Address  77 Franklin Street, Boston, MA

**Bar Number** _____          617-357-0770

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher                          Bar Number if applicable  _____

**Interpreter:**     X Yes      No        List language and/or dialect:     Spanish

**Matter to be SEALED:**        Yes  X  No

    Warrant Requested          ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date      5/01/04

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI    .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on

**Charging Document:**       Complaint      ☐ Information       X Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   3/23/05            Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR-PASOLES

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                   Same Defendant    x          New Defendant
                                   Magistrate Judge Case Number    M 04-1732-CBS
                                   Search Warrant Case Number    04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROBERTO SOLORIO                    Juvenile:    ☐ Yes    X No

Alias Name    "Primo"

Address

Birthdate: _____   SS # _____   Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    Syrie Fried, Esq.          Address  Federal Defender

Bar Number    _____          617-223-8061

**U.S. Attorney Information:**

AUSA   Neil Gallagher.                    Bar Number if applicable   _____

**Interpreter:**    X Yes    No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          Yes  X    No

          Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date     5/01/04

☐  Already in Federal Custody as of _____ in _____

☐  Already in State Custody at ——————————— ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood    on

**Charging Document:**          Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERTO SOLORIO, a/k/a "Primo" _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-solorio.wpd - 2/7/02