UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              NO. 04 10299 PBS – 11

HOWARD GREENBERG

MOTION TO EXTEND TIME BY ONE WEEK
FOR FILING OF MOTION TO DISMISS

The motion to dismiss is due to be filed by December 30, 2005.

Because of computer difficulties, the defendant will be unable to file his motion to dismiss until the week of January 2, 2006.

Wherefore the defendant moves for a one week extension until January 6, 2006 within which to file his motion to dismiss.

　　　　　　　　　　　　　　　　　　　　　*/s/ Roger Witkin*
　　　　　　　　　　　　　　　　　　　　　Roger Witkin
　　　　　　　　　　　　　　　　　　　　　6 Beacon Street, Suite l0l0
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02l08
　　　　　　　　　　　　　　　　　　　　　Tel. 6l7 523 0027
　　　　　　　　　　　　　　　　　　　　　Fax 6l7 523 2024
　　　　　　　　　　　　　　　　　　　　　BBO No. 53l780

DATE:  December 27, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              NO. 04 10299 PBS - 11

HOWARD GREENBERG

CERTIFICATE OF SERVICE

I hereby certify that on this day a courtesy true copy of the within document was served upon AUSA Neil J. Gallagher, Jr., United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, Robert Alba, Courtroom Clerk for Honorable Patti B. Saris, by mail which was electronically filed this day.

                */s/ Roger Witkin*
                Roger Witkin
                6 Beacon Street, Suite l0l0
                Boston, MA 02l08
                Tel. 6l7 523 0027
                Fax 6l7 523 2024
                BBO No. 53l780

DATE:  December 27, 2005