UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )   Criminal No. 04-10299-PBS
                                  )
LUZ LUCIANO, et al.               )

## **NOTICE OF APPEARANCE**

_____Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ *Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3184

Dated: January 17, 2006

<u>CERTIFICATE OF SERVICE</u>

I, Sandra S. Bower, do hereby certify that I caused a copy of the foregoing to be served by electronic filing and first-class mail, postage paid, upon counsel of record.


<u>/s/: *Sandra S. Bower*</u>
SANDRA S. BOWER
Assistant U.S. Attorney


Dated: January 17, 2006