UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

      v.                              INDICTMENT NO. 04 10299 PBS – 11

HOWARD GREENBERG

## DEFENDANT'S REVISED MOTION TO DISMISS INDICTMENT[1]

Howard Greenberg ("the Defendant"), in the above-numbered Indictment and through Counsel, moves this Court to dismiss Count One of the Indictment, the sole Count in which he has been charged.

As his reason therefore, the Defendant says that the evidence against him in this matter – whether in the condition in which it was proferred to a Grand Jury or in such condition as it nows stands for use at trial – is insufficient to properly include the Defendant in the conspiracy count charged.

In so moving the Defendant asks this Court to exercise its general supervisory power to administer its docket and preserve the integrity of the judicial process. This Court has the authority to "formulate procedural rules not specifically required by the Constitution or by Congress." United States v. Hasting 461 U.S. 499, 505 (1983); see also United States v. Lee , 906 F.2d 117, 119 (4th Cir. 1990) (*per curiam*).

The Court is asked, therefore, to dismiss Count One of the Indictment as against the Defendant .

---

[1]  This Revised Motion is filed in place of the Defendant's Original Motion to Dismiss Indictment. The original Motion set forth as its first of two grounds an argument that the Government could not establish more than a "buyer/seller" relationship between the Defendant and a single member of the conspiracy, where the Defendant purchased scheduled substances for his own use. The Notion was filed at a time when the Defendant believed that the discovery was complete. In light of subsequent discovery the Defendant withdraw such issue. He does press, however, the remaining ground.

2

The Court is referred to the accompanying Revised Memorandum for further particulars and argument.

*/s/ Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite l0l0
Boston, Massachusetts   02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATED:   April 21, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

      v.                        INDICTMENT NO. 04-10299-PBS–11

HOWARD GREENBERG

**CERTIFICATE OF SERVICE**

I, Roger Witkin, Counsel to the Accused in the above-numbered Indictment, certify that I have served the within *Defendant's Revised Motion to Dismiss Indictment* and *Revised Memorandum in Support of the Defendant's Revised Motion to Dismiss Indictment* upon

    AUSA Neil J. Gallagher, Jr.
    United States Attorney's Office
    1 Courthouse Way, Suite 9200
    Boston, Massachusetts   02210, and

    Robert Alba, Courtroom Clerk
    For Honorable Patti B. Saris
    United States District Court
    One Courthouse Way, Suite 2300
    Boston, Massachusetts   02210,

by electronic filing this 21st day of April 2006.

                            */s/ Roger Witkin*
                            ROGER WITKIN
                            6 Beacon Street, Suite l0l0
                            Boston, Massachusetts   02l08
                            Tel. 6l7 523 0027
                            Fax 6l7 523 2024
                            BBO No. 53l780

DATE:  April 21, 2006

Case 1:04-cr-10299-PBS	Document 361	Filed 04/21/2006	Page 4 of 5