UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                       CRIMINAL ACTION
                                        NO.   04-10299-PBS

      v.

EDGAR HOFFENS
CARLOS ORLANDO ARGUETA-MARCARO
WILLIAM HOLMES
BENITO GRULLON
HOWARD GREENBERG
GENE ANDERSON
GIOVANNI AVILA



"REMINDER" NOTICE OF FINAL PRETRIAL CONFERENCE


SARIS, U.S.D.J.                                                            June 21, 2006


      TAKE NOTICE that the above-entitled case has been set for a Final Pretrial Conference on **June 27, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.



                               By the Court,


                                 /s/ Robert C. Alba
                               Deputy Clerk



Copies to:  All Counsel