IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 6-29-06
By
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10299-PBS |
| v. ) | |
| ) | |
| 11) HOWARD GREENBERG ) | |
| ) | |

### INFORMATION

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
Notice of Prior Conviction)

The United States Attorney Charges that:

   1.   On or about December 23, 1985, HOWARD GREENBERG, was convicted in the United States District Court for the District of Massachusetts of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846.

   2.   By way of this information, the government notifies HOWARD GREENBERG that he is charged with committing the crime alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1.

   All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: /s/ Neil J. Gallagher
NEIL J. GALLAGHER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that on June 29, 2006, I have served a copy of the foregoing document by hand to counsel for HOWARD GREENBERG as follows:

>Roger Witkin, Esq.
>6 Beacon Street, Suite 1010
>Boston, MA 02108

NEIL J. GALLAGHER
Assistant U.S. Attorney