# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS



FILED
In Open Court
USDC, Mass.
Date 10/10/06
By

**UNITED STATES**

**V.**  NO. 04 10299 PBS – 11

**HOWARD GREENBERG**

## MOTION TO DISCHARGE MORTGAGE

The defendant moves to discharge the mortgage held by the Court on his property, known and numbered 677 Revere Beach Boulevard, Revere, Massachusetts, which is surety for the defendant's prior release.

The defendant has now been sentenced in the Federal Court and there is no further reason for the Court to keep the mortgage.

Roger Witkin
6 Beacon Street,
Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED: October 10, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    NO. 04 10299 PBS - 11

HOWARD GREENBERG

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a courtesy true copy of the within document was served hand delivery upon AUSA Neil J. Gallagher, Jr., United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, this day.

_____
Roger Witkin
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATE: October 10, 2006

2