U.S. Department of Justice

Federal Bureau of Prisons

FILED
CLERKS OFFICE

2006 NOV 16  P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

Designation & Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, Texas 75051

November 8, 2006

The Honorable Patti B. Saris
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 2300
One Courthouse Way
Boston, MA 02210

**Re:  GREENBERG, Howard Earl**
      Reg. No. 15163-038
      Docket No. 1:04CR10299-001-PBS

Dear Judge Saris:

   This is in response to the Court's recommendation that Howard Greenberg serve his term of confinement at the Devens Federal Medical Center in Ayers, Massachusetts. The Court also recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Greenberg was sentenced in your court to a 46-month term for Conspiracy to Distribute Cocaine.

   Unfortunately, we were unable to follow all of the Court's recommendations. Mr. Greenberg has been classified as a minimum security level offender. The RDAP is not available at the Devens minimum security level facility. Accordingly, Mr. Greenberg has been designated to the minimum security level facility in Lewisburg, Pennsylvania, where the RDAP is available. The staff at that facility will encourage Mr. Greenberg to participate in the RDAP, if determined eligible under the established program criteria.

   Although we were unable to follow all of the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                      Sincerely,

                                      Rebecca Tamez
                                      Chief

jeh
cc:  Warden, USP Lewisburg (SCP)