# DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Howard Greenberg to the Clerk of the United States District Court for the District of Massachusetts, for property located at 677 Revere Beach Boulevard, Revere MA. dated May 17, 2004 and recorded in the official records of the Suffolk County Registry of Deeds at book 34533 and page 269 acknowledge satisfaction of the same.

Witness my hand and seal this __7__ day of __February__, 20__07__

_Sarah Allison Thornton_
Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: _February 7, 2007_

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

_Judith A. Litwin_
Notary Public
My commission expires:   Judith A. Litwin
                         Notary Public
                         My Commission Expires
                         Jan     , 2010