04CR10299 PBS

Howard Greenberg 151163-038
P.O.Box 329002
Brooklyn, N.Y.11232
January 23,2008

Clerk Of The Court
United States District Court
Joe Moakley Federal Building
Boston, Ma. 02210

Dear Madam or Sir:

I am requesting a time line for a motion 2255 that I had put in on September 16, 2007. It was sent to Judge Saris for her review. I would like to thank you for your time and effort in this matter.

Respectfully,

Howard Greenberg

FILED
IN CLERKS OFFICE
2008 JAN 30 A 11: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.